Carla D. Macaluso, Esq. (Bar I.D. #018141996)
Kea S. Noyan Esq. (Bar I.D. #322602021)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
Attorneys for Defendants National Railroad Passenger Corporation a/k/a Amtrak and John Bonventre

| | |
|---|---|
| BELTON C. HAIG SR.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); VRC INVESTIGATIONS (formerly PRIME SOURCE INVESTIGATIONS); EDWARD BELENGER, individually and as employee of VRC Investigations; LEROY KELLY II, individually and as employee of VRC Investigations; JOHN BONVENTRE, individually and as attorney for Landman Corsi Ballaine & Ford P.C.<br><br>Defendants. | Hon.______________________, U.S.D.J.<br>Civil Action No. _______________<br>(____/____)<br><br>Civil Action<br><br>**NOTICE AND PETITION FOR REMOVAL OF CASE FROM THE SUPERIOR COURT OF NEW JERSEY, LAW DIVISION, ESSEX COUNTY** |

| | | |
|---|---|---|
| To: | Melissa E. Rhoads, Esq.<br>Clerk of Court<br>United States District Court<br>District of New Jersey<br>50 Walnut Street<br>Newark, NJ 07102 | Belton C. Haig Sr.<br>67 Salmon Road<br>Landing, NJ 07850<br>*Pro Se*, Plaintiff |

Defendants National Railroad Passenger Corporation a/k/a Amtrak ("Defendant Amtrak") and John Bonventre ("Defendant Bonventre") (collectively "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1349, 1441, and 1446, respectfully submit this Notice and Petition for Removal ("Petition") of a case from the Superior Court of New Jersey, Law Division, Essex County, bearing Docket No. ESX-L-005997-25, and as grounds for removal state as follows:

1. On August 6, 2025, Plaintiff Belton C. Haig Sr. ("Plaintiff"), filed a civil action in Belton C. Haig Sr. v. National Railroad Passenger Corporation, et. al., Docket No. ESX-L-005997-25, pending in the Superior Court of New Jersey, Law Division, Essex County. A true and correct copy of the Summons and the documents that appear to comprise the Complaint in that action are attached hereto as Exhibit A.

2. Plaintiff purported to serve a copy of the Summons and documents that appear to comprise the Complaint on Defendant Amtrak on or about August 15, 2025, and Defendant Bonventre on September 2, 2025.

3. Pursuant to 28 U.S.C. § 1446(a), and as noted above, attached hereto as Exhibit A are true and correct copies of the Summons and Complaint filed in the Superior Court of New Jersey provided to Defendants.

4. Defendants have not filed an answer or responsive pleading to Plaintiff's Complaint nor made any appearance or argument before the Superior Court of New Jersey, Law Division, Essex County. [1]

5. Plaintiff purported to serve Defendants VRC Investigation, Edward Belenger, and Leroy Kelly II a copy of the Summons and documents that appear to comprise the Complaint on or about August 11, 2025. Counsel for Defendants Thompson VRC Investigation, Edward Belenger, and Leroy Kelly II provides written consent to this removal. See September 10, 2025, email from Derrick Grant, Esq. attached hereto as Exhibit C.

---

[1] Plaintiff filed additional a Notice of Motion to File Supplemental Pleading, dated August 22, 2025, which is returnable on September 12, 2025. See New Jersey State Court Docket for ESX-L-005997-25 dated September 10, 2025, attached hereto as Exhibit B.

6. This Notice and Petition of Removal is timely filed within the provisions of 28 U.S.C. § 1446. Defendants have effected removal within thirty (30) days of receipt of a paper from which it could first be ascertained that this action is removable. See 28 U.S.C. § 1446.

7. This action is being removed to this Court on the basis of original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1349.

8. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1349, as Defendant Amtrak is a federally-chartered stock corporation, and the United States owns more than one-half of Defendant Amtrak's capital stock. See 49 U.S.C. §§ 24301, et seq.; Hollus v. Amtrak Ne. Corridor, 937 F. Supp. 1110, 1113-14 (D.N.J. 1996), aff'd, 118 F.3d 1575 (3d Cir. 1997) ("Because a majority of the capital stock of Amtrak is owned by the United States, the federal courts have subject matter jurisdiction over any action involving Amtrak.").

9. Defendant Amtrak may properly remove the case pursuant to 28 U.S.C. §§ 1331, 1349, 1441(a), and 1446 because this is a civil action inappropriately brought in state court but over which the district courts of the United States have original jurisdiction.

10. In addition, Plaintiff asserts claims under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, et. seq. Because the ADA is a federal statute, such claims independently give rise to federal question jurisdiction under 28 U.S.C. § 1331. Accordingly, the ADA claim provides an additional and independent basis for removal.

11. The Court has supplemental jurisdiction over Plaintiff's causes of action as stated within the Complaint (Count I, Count II, Count III, Count IV, Count V, and Count VI) pursuant to 28 U.S.C. § 1367(a), which provides that "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they

form part of the same case or controversy under Article III of the United States Constitution." This includes claims against Defendants VRC Investigation, Edward Belenger, Leroy Kelly II, and John Bonventre, as they are part of the same case or controversy. See Complaint, Exhibit A.

12. Defendants submit this notice and petition without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pleaded claims upon which relief may be granted.

13. This Notice of Removal has been filed in the United States District Court for the District of New Jersey, i.e., the District and Division within which the State Court Action is pending, as required by 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446(a). Further, the Superior Court of New Jersey, Essex County is located within the district of the United States District Court for the District of New Jersey. As such, venue is proper in this Court.

14. Venue is also proper in the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions alleged in the Complaint occurred within that judicial district.

15. Pursuant to 28 U.S.C. §1446(d), Defendants have given written notice of the removal of this action to all adverse parties and has filed a copy of this notice with the Clerk of the Superior Court of New Jersey, Law Division, Essex County.

WHEREFORE, Defendants respectfully request that the within action, now pending in the Superior Court of New Jersey, Law Division, Essex County, be removed to the United States District Court for the District of New Jersey.

Respectfully submitted,

JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922

By: s/ *Carla D. Macaluso*
Carla D. Macaluso
Kea S. Noyan

Attorneys for Defendant National Railroad Passenger Corporation a/k/a Amtrak and John Bonventre

Dated: September 10, 2025
4939-1823-9336, v. 1

# EXHIBIT A

# Form A

**Plaintiff or Filing Attorney Information:**

Name Belton C. Haig Sr.
NJ Attorney ID Number N/A
Address 67 Salmon Road
Landing NJ 07850
Email Address beltonhaig1@gmail.com
Telephone Number (862) 324-5838 ext.

FROM: FINANCE DIVISION CENTRAL PROCESSING UNIT
2025 AUG -6 A 9:40
CIVIL DIVISION RECEIPT/ACCEPTANCE

Superior Court of New Jersey
Law Division Essex County
Civil Part
Docket No: ____________
(to be filled in by the court)

Belton C. Haig Sr.,
Plaintiff,

v.

**SEE ATTACHED**,
Defendant(s).

Civil Action

**Complaint**

Plaintiff, Belton C. Haig Sr., residing at: 67 Salmon Road, City of Landing, County of Morris, State of New Jersey, complaining of defendant, states as follows:

1. On ____________, 20___, **SEE ATTACHED**, Defendant:
(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)
**SEE ATTACHED**

The defendant in this action resides at:
**SEE ATTACHED**, in the county of ____________, State of New Jersey.

2. Plaintiff is entitled to relief from defendant under the above facts.

3. The harm that occurred as a result of defendant's acts include: (list each item of damage and injury)
1. **SEE ATTACHED**

Revised 08/15/2022, CN 10553
Revised 08/15/2022, CN 11210



B.975 8.6.25
M.O. 42505 $250.00

**Form A**

2. **SEE ATTACHED**

3. **SEE ATTACHED**

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

8/01/2025
Dated

Belton C. Haig Sr.
Signature Belton C. Haig Sr.

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

8/01/2025
Dated

Belton C. Haig Sr.
Signature Belton C. Haig Sr.

**OPTIONAL: If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.**

**JURY DEMAND**

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

8/01/2025
Dated

Belton C. Haig Sr.
Signature Belton C. Haig Sr.

# Belton C. Haig Sr.

67 Salmon Road

Landing, NJ 07850

(862) 324-5838

beltonhaig1@gmail.com

August 1, 2025

Clerk of the Superior Court

Superior Court of New Jersey – Essex County

Civil Division, Hall of Records, Room 201

465 Dr. Martin Luther King Jr. Blvd.

Newark, NJ 07102

RE: Filing of Complaint – Belton C. Haig Sr. v. Amtrak, et al.

Dear Clerk,

Please accept the enclosed materials for filing in the above-captioned matter:
1. Complaint and Jury Demand
2. Form A – Civil Complaint Cover Sheet
3. Civil Case Information Statement (CIS)
4. Summonses for Each Defendant
5. Certification of Service
6. Filing Fee of $250 (money order enclosed)

I am proceeding pro se and have included a self-addressed stamped envelope for return of the filed documents.

Please do not hesitate to contact me if anything further is needed. Thank you for your attention to this matter.

Respectfully submitted,

Belton C. Haig Sr.

Belton C. Haig Sr.

# Form A – Complaint (Superior Court of New Jersey – Law Division)

Plaintiff's Name: Belton C. Haig Sr.

Plaintiff's Address: 67 Salmon Road, Landing, NJ 07850

Telephone Number: (862) 324-5838

Email Address: beltonhaig1@gmail.com

Defendant(s):

1. National Railroad Passenger Corporation (Amtrak)
2. VRC Investigations (formerly Prime Source Investigations)
3. Edward Belenger, individually and as employee of VRC Investigations
4. Leroy Kelly II, individually and as employee of VRC Investigations
5. John Bonventre, individually and as attorney for Landman Corsi Ballaine & Ford P.C.

Type of Action (Check all that apply):

☑ Tort ☑ Employment ☑ Civil Rights

Brief Statement of the Cause of Action:

Plaintiff was retaliated against by his employer Amtrak after reporting internal misconduct and injuries sustained during employment. The retaliation included illegal surveillance, denial of disability accommodations, perjury, and civil rights violations committed by Amtrak, its private investigation firm VRC Investigations, and affiliated individuals. Plaintiff asserts claims under CEPA, NJCRA, NJLAD, ADA, and common law tort.

Amount of Damages Claimed:

☑ More than $15,000

Jury Trial Demanded?

☑ Yes

Signature of Plaintiff (Pro Se): Belton C. Hayes Sr.

Date: 8/01/2025

SUPERIOR COURT OF NEW JERSEY
ESSEX COUNTY - LAW DIVISION

BELTON C. HAIG Sr.,
Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK);
VRC INVESTIGATIONS (formerly PRIME SOURCE INVESTIGATIONS);
EDWARD BELENGER, individually and as employee of VRC Investigations;
LEROY KELLY II, individually and as employee of VRC Investigations;
JOHN BONVENTRE, individually and as attorney for Landman Corsi Ballaine & Ford P.C.;
Defendants.

Docket No.: __________
Civil Action
COMPLAINT AND JURY DEMAND

[...truncated for brevity in this step...]

# Attachment to Form A – Defendants

Case Title: Belton C. Haig Sr. v. National Railroad Passenger Corporation (Amtrak), et al.

Court: Superior Court of New Jersey – Essex County, Law Division

Docket No.: _______________

The full list of defendants is as follows:

1. National Railroad Passenger Corporation (Amtrak)

2. VRC Investigations (formerly Prime Source Investigations)

3. Edward Belenger, individually and as employee of VRC Investigations

4. Leroy Kelly II, individually and as employee of VRC Investigations

5. John Bonventre, individually and as attorney for Landman Corsi Ballaine & Ford P.C.

# Attachment to Form A – Dates and Defendants

Case Title: Belton C. Haig Sr. v. National Railroad Passenger Corporation (Amtrak), et al.

Court: Superior Court of New Jersey – Essex County, Law Division

Docket No.: ______________

The following events form the basis of Plaintiff's claims, with specific dates and the defendants involved:

Date: October 23, 2016

Defendant(s): Amtrak

Description: Plaintiff and coworkers were involved in a serious on-duty vehicle accident in a faulty company vehicle.

Date: July 7, 2022

Defendant(s): Belenger, Kelly

Description: Defendants knowingly gave false testimony during depositions, committing perjury.

Date: October 30 – November 6, 2023

Defendant(s): Belenger, Bonventre

Description: Defendants committed perjury and defamation during public court proceedings.

Date: January 2022 – September 2023

Defendant(s): Amtrak, VRC, Belenger, Kelly

Description: Ongoing stalking, harassment, surveillance, and GPS tracking of Plaintiff.

Date: May – June 2025

Defendant(s): Amtrak

Description: Amtrak refused to accommodate Plaintiff's disability and blocked access to job postings.

SUPERIOR COURT OF NEW JERSEY
ESSEX COUNTY - LAW DIVISION

BELTON C.HAIG Sr.,
Plaintiff,

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK);
VRC INVESTIGATIONS (formerly PRIME SOURCE INVESTIGATIONS);
EDWARD BELENGER, individually and as employee of VRC Investigations;
LEROY KELLY II, individually and as employee of VRC Investigations;
JOHN BONVENTRE, individually and as attorney for Landman Corsi Ballaine & Ford P.C.;
Defendants.

Docket No.: __________
Civil Action
COMPLAINT AND JURY DEMAND

Plaintiff, BELTON C. HAIG Sr., by way of Complaint, states:

I. PARTIES

1. Plaintiff BELTON C. HAIG Sr. is a 100% disabled veteran and resident of Morris County, New Jersey.

2. Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak") is a federally chartered company doing business in New Jersey.

3. Defendant VRC INVESTIGATIONS, formerly PRIME SOURCE INVESTIGATIONS ("VRC"), is a private investigation company contracted by Amtrak to conduct surveillance and other services within the State of New Jersey.

4. Defendant EDWARD BELENGER is an employee or agent of VRC Investigations and is named in his official capacity only, for actions taken within the scope of his employment with VRC Investigations. If he is no longer employed by VRC, Plaintiff reserves the right to serve him individually at his last known address or through alternate service as permitted by the Court.

5. Defendant LEROY KELLY II is an employee or agent of VRC Investigations and is named in his official capacity only, for actions taken within the scope of his employment with VRC Investigations. If he is no longer employed by VRC, Plaintiff reserves the right to serve him individually at his last known address or through alternate service as permitted by the Court.

6. Defendant JOHN BONVENTRE is an attorney at Landman Corsi Ballaine & Ford P.C., who actively aided and abetted Amtrak in its unlawful conduct.

II. JURISDICTION AND VENUE

7. This Court has jurisdiction pursuant to the Constitution and laws of the State of New Jersey.

8. Venue is proper in Essex County under Rule 4:3-2 because a substantial portion of the unlawful acts, including perjury, defamation, and legal fraud committed during public court proceedings, occurred within Essex County. While Plaintiff resides in Morris County and was also subjected to harassment and surveillance there, the most severe and harmful misconduct central to this case occurred in Essex County, making it the appropriate venue for adjudication.

III. FACTUAL ALLEGATIONS

9. Plaintiff began employment with Amtrak in January 2016. At the time of hire, Amtrak was fully aware of Plaintiff's mental disability stemming from military service.

10. On October 23, 2016, Plaintiff along with several co workers were involved in a serious vehicular accident while working in a faulty company vehicle, sustaining multiple permanent physical injuries. Amtrak initially denied responsibility.

11. Plaintiff pursued litigation against Amtrak for the injuries. A co-worker accepted a settlement in 2021; Plaintiff declined.

11.1. While Plaintiff ultimately prevailed in the prior personal injury litigation, the acts of perjury, defamation, and other misconduct committed by Defendants during those proceedings substantially undermined the fairness of the process and diminished the monetary award rendered by the jury. These unlawful actions were not addressed in the prior case and form a separate basis for the present civil rights and retaliation claims.

12. In retaliation, beginning January 2022 through September 2023, Amtrak, in coordination with VRC and its agents, engaged in ongoing harassment and surveillance of Plaintiff.

13. Defendants Belenger and Kelly were hired to follow, stalk, and secretly film Plaintiff, including in private medical and rehabilitation settings, using deception and intrusion.

14. Tracking devices were placed on Plaintiff's vehicles. Plaintiff was filmed at his VA facility, violating HIPAA and invading Plaintiff's privacy.

15. During depositions on July 7, 2022 and later during court proceedings from October 30 to November 6, 2023, Belenger, Kelly, and Bonventre knowingly gave false testimony and committed perjury, damaging Plaintiff's credibility.

16. Plaintiff's requests for reasonable accommodations from Amtrak were consistently denied. He was locked out of Amtrak's job portal and ignored, despite the availability of sedentary roles.

17. Amtrak's conduct, in collaboration with VRC and the individual defendants, caused severe emotional and mental harm, worsening Plaintiff's PTSD, anxiety, and depression. These actions also inflicted extreme financial hardship on Plaintiff, who was unable to work or access alternative income due to the ongoing retaliation and lack of accommodation.

18. Plaintiff reported these acts to HR Investigations and EthicsPoint, which failed to act.

IV. CAUSES OF ACTION

COUNT I: VIOLATION OF CEPA (N.J.S.A. 34:19-1 et seq.)

19. Plaintiff realleges the above.

20. Plaintiff disclosed unlawful conduct and was retaliated against through surveillance, denial of accommodations, and public defamation.

COUNT II: VIOLATION OF NJ CIVIL RIGHTS ACT (N.J.S.A. 10:6-1 et seq.)

21. Defendants, acting under color of state or contractual authority, deprived Plaintiff of rights including privacy, equal protection, and employment rights.

COUNT III: INVASION OF PRIVACY / INTRUSION UPON SECLUSION

22. Defendants intruded on Plaintiff's private medical care and personal life through surveillance and deception.

COUNT IV: INTENTIONAL & NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS (IIED/NIED)

23. Defendants engaged in outrageous and extreme conduct intended to harm Plaintiff emotionally.

24. Plaintiff suffered severe distress, requiring additional medical care and medication.

COUNT V: AIDING AND ABETTING / CIVIL CONSPIRACY

25. Defendants knowingly acted in concert and aided one another to retaliate against Plaintiff and cover up Amtrak's discriminatory acts.

26. Each Defendant had knowledge of the wrongful acts and materially contributed to their execution.

COUNT VI: FAILURE TO ACCOMMODATE (NJLAD / ADA)

27. Amtrak denied Plaintiff reasonable accommodations in violation of NJLAD and the ADA, despite repeated requests and medical documentation.

V. RELIEF SOUGHT

WHEREFORE, Plaintiff respectfully demands judgment for:

- Compensatory damages
- Punitive damages
- Emotional distress damages
- Injunctive relief
- Attorney fees (if applicable)
- Any other relief this Court deems just and proper

JURY DEMAND

Plaintiff demands trial by jury on all triable issues.

This case involves complex multi-party civil rights, whistleblower retaliation, and ADA failure-to-accommodate claims. It includes allegations of perjury during court proceedings, coordinated surveillance and harassment across state lines, and severe emotional and financial harm to a 100% disabled veteran. Individual case management may be warranted due to the number of defendants, nature of the claims, and factual complexity.

Respectfully submitted,
Belton C. Haig Sr.
67 Salmon Road, Landing NJ 07850
(862)324-5838
beltonhaig1@gmail.com
**Pro Se Plaintiff**

Belton C. Haig Sr. 8/01/2025

Belton C. Haig Sr. (Signature) Date

New Jersey Judiciary
Civil Practice Division

# Civil Case Information Statement (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1.
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed, or attorney's signature is not affixed.

**For Use by Clerk's Office Only**

| Payment type | Charge/Check Number | Amount | Overpayment | Batch Number |
|---|---|---|---|---|
| ☐ check<br>☐ charge<br>☐ cash | | $ | $ | |

| Attorney/Pro Se Name | Telephone Number | County of Venue |
|---|---|---|
| Belton C. Haig Sr. | (862) 324-5838 ext. | Essex |

| Firm Name (if applicable) | Docket Number (when available) |
|---|---|
| N/A | |

| Office Address - Street | City | State | Zip |
|---|---|---|---|
| 67 Salmon Road | Landing | NJ | 07850 |

| Document Type | Jury Demand |
|---|---|
| "COMPLAINT AND JURY DEMAND" | ■ Yes ☐ No |

| Name of Party (e.g., John Doe, Plaintiff) | Caption |
|---|---|
| Belton C. Haig Sr. | Belton Haig v.Amtrak;VRC Investigations; Edward Belenger;Leroy Kelley;John Benventre |

Case Type Number (See page 3 for listing) 616

Are sexual abuse claims alleged? ☐ Yes ■ No

Does this case involve claims related to COVID-19? ☐ Yes ■ No

Is this a professional malpractice case? ☐ Yes ■ No

If "Yes," see N.J.S.A. 2A:53A-27 and applicable case law regarding your obligation to file an affidavit of merit.

Related Cases Pending? ☐ Yes ■ No

If "Yes," list docket numbers

Do you anticipate adding any parties (arising out of same transaction or occurrence)? ☐ Yes ■ No

Name of defendant's primary insurance company (if known) ☐ None ■ Unknown

**The Information Provided on This Form Cannot be Introduced into Evidence.**

Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation

Do parties have a current, past or recurrent relationship? ■ Yes ☐ No

If "Yes," is that relationship:

■ Employer/Employee ☐ Friend/Neighbor ☐ Familial ☐ Business

☐ Other (explain) ______________________________

Does the statute governing this case provide for payment of fees by the losing party? ■ Yes ☐ No

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition.

This case involves complex multi-party civil rights, whistleblower retaliation, and ADA failure-to-accommodate claims. It includes allegations of perjury during court proceedings, coordinated surveillance and harassment across state lines, and severe emotional and financial harm to a 100% disabled veteran. Individual case management may be warranted due to the number of defendants, nature of the claims, and factual complexity.

♿ Do you or your client need any disability accommodations? ☐ Yes ■ No

If yes, please identify the requested accommodation:

Will an interpreter be needed? ☐ Yes ■ No

If yes, for what language?

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).**

Attorney/Self-Represented Litigant Signature: Belton C. Haig Sr.

# Attachment to Civil Case Information Statement

Case Title: Belton C. Haig Sr. v. National Railroad Passenger Corporation (Amtrak), et al.

Court: Superior Court of New Jersey – Essex County, Law Division

Docket No.: _______________

This attachment is provided to supplement the Civil Case Information Statement due to space constraints.

Caption:

Belton C. Haig Sr. v. National Railroad Passenger Corporation (Amtrak); VRC Investigations (formerly Prime Source Investigations); Edward Belenger; Leroy Kelly II; John Bonventre

Case Description:

This civil action arises from Plaintiff's employment with Amtrak and alleges unlawful retaliation under CEPA, disability discrimination under NJLAD/ADA, failure to accommodate, civil rights violations under NJCRA, invasion of privacy, and intentional infliction of emotional distress. Plaintiff also asserts coordinated actions by private investigators and Amtrak's legal counsel, including surveillance, stalking, and perjury during a related trial in Essex County. Plaintiff is a 100% disabled veteran who suffered permanent injuries on the job and has been subjected to severe retaliatory conduct over several years.

Special Case Characteristics:

This case involves complex multi-party civil rights, whistleblower retaliation, and ADA failure-to-accommodate claims. It includes allegations of perjury during court proceedings, coordinated surveillance and harassment across state lines, and severe emotional and financial harm to a 100% disabled veteran. Individual case management may be warranted due to the number of defendants, nature of the claims, and factual complexity.

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5586 9274 9247 20

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

BELTON CLAY HAIG SR.
67 SALMON ROAD
LANDING, NEW JERSEY 07850

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CLERK OF THE SUPERIOR COURT
SUPERIOR COURT OF NJ-ESSEX COUNTY
CIVIL DIVISION, HALL OF RECORDS ROOM 201
465 MLK. JR. BLVD.
NEWARK, NJ 07102

9590 9402 5586 9274 9247 20

2. Article Number *(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

7018 1130 0000 8812 5577

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7018 1130 0000 8812 5577
7018 1130 0000 8812 5577

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$

Postmark Here

Sent To
CLERK OF SUPERIOR COURT CIV. DIV. HALL OF RCD. Rm 201
Street and Apt. No., or PO Box No.
465 DR. MARTIN LUTHER KING JR. BLVD.
City, State, ZIP+4®
NEWARK, NEW JERSEY 07102

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# CUSTOMER'S RECEIPT

UNITED STATES POSTAL SERVICE

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to TREASURER STATE of NEW JERSEY

Address

CIVIL COMPLAINT FILING FEE

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 38174742505 | 2025-07-31 | 078500 | $250.00 | 06 |

# POSTAL MONEY ORDER

UNITED STATES POSTAL SERVICE

| Serial Number | Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|---|
| 38174742505 | 2025-07-31 | 078500 | $250.00 |

Amount Two Hundred Fifty Dollars and 00/100 ************

Clerk 06

Pay to TREASURER STATE OF NEW JERSEY

Address

From BELTON C. HAIG SR.

Address 67 SALMON ROAD LANDING, N.J. 07850

Memo CIVIL COMPLAINT FILING FEE

© 2017 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000001193⑆ 38174742505⑈

# Certification of Service

I, Belton C. Haig Sr., hereby certify that on the ___ day of __________, 2025, I caused a true and correct copy of the within Complaint and Summons to be served upon the following Defendants by certified mail, return receipt requested:

1. National Railroad Passenger Corporation (Amtrak)
1 Massachusetts Avenue NW
Washington, DC 20001

2. VRC Investigations (on behalf of Edward Belenger and Leroy Kelly II)
P.O. Box 814646
Dallas, TX 75381

3. John Bonventre
Landman Corsi Ballaine & Ford P.C.
One Gateway Center, 4th Floor
Newark, NJ 07102

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: ________________

Signed: Belton C. Haig Sr.

Belton C. Haig Sr.

# SUMMONS

Attorney(s) Belton C. Haig Sr.
Office Address 67 Salmon Road
Town, State, Zip Code Landing, New Jersey 07850

Telephone Number 8623245838
Attorney(s) for Plaintiff Belton C. Haig Sr.

**Superior Court of New Jersey**

Essex County
Law Division

Docket No:

Belton C. Haig Sr.
Plaintiff(s)

vs.

National Railroad Passenger Corporation
AMTRAK
Defendant(s)

**CIVIL ACTION SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.

Clerk of the Superior Court

DATED: 08/01/2025

Name of Defendant to Be Served: National Railroad Passenger Corporation (AMTRAK)

Address of Defendant to Be Served: 1 Massachusetts Avenue NW Washington DC 20001

# SUMMONS

Attorney(s) Belton C. Haig Sr.
Office Address 67 Salmon Road
Town, State, Zip Code Landing, New Jersey 07850

Telephone Number 8623245838
Attorney(s) for Plaintiff Belton C. Haig Sr.

**Superior Court of New Jersey**

Essex County
Law Division
Docket No: ____________

Belton C. Haig Sr.
Plaintiff(s)

vs.

VRC INVESTIGATIONS (formerly PRIME SOURCE INVESTIGATIONS)
Defendant(s)

## CIVIL ACTION SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.

Michelle M. Smith
Clerk of the Superior Court

DATED: 08/01/2025

Name of Defendant to Be Served: VRC INVESTIGATIONS (formerly PRIME SOURCE INVESTIGATIONS

Address of Defendant to Be Served: Post Office Box 814646 Dallas TX 75381

# SUMMONS

Attorney(s) Belton C. Haig Sr.
Office Address 67 Salmon Road
Town, State, Zip Code Landing, New Jersey 07850

Telephone Number 8623245838
Attorney(s) for Plaintiff Belton C. Haig Sr.

Belton C. Haig Sr.
Plaintiff(s)

vs.
VRC Investigations(on behalf of Edward Belenger and Leroy KelleyII)
Defendant(s)

**Superior Court of New Jersey**

Essex County
Law Division
Docket No:

**CIVIL ACTION SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.

[signature]
Clerk of the Superior Court

DATED: 08/01/2025

Name of Defendant to Be Served: VRC-Investigations(on behalf of Edward Belenger and Leroy Kelley II)

Address of Defendant to Be Served: Post Office Box 814646 Dallas TX 75381

# SUMMONS

Attorney(s) Belton C. Haig Sr.
Office Address 67 Salmon Road
Town, State, Zip Code Landing, New Jersey 07850

Telephone Number 8623245838
Attorney(s) for Plaintiff Belton C. Haig Sr.

**Superior Court of New Jersey**

Essex County
Law Division
Docket No: ______

Belton C. Haig Sr.
Plaintiff(s)

vs.
John Beneventre-Landman Corsi
Ballaine & Ford P.C.
Defendant(s)

## CIVIL ACTION SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.

Clerk of the Superior Court

DATED: 08/01/2025

Name of Defendant to Be Served: John Bonventre attorney at (Landman Corsi Ballaine & Ford P.C.)

Address of Defendant to Be Served: One Gateway Center, 4th Floor Newark, NJ 07102

# EXHIBIT B

# Civil Part Case Summary

**Case Number:** ESX L-005997-25

**Case Caption:** Haig Sr Belton Vs National Railroad Pa Ssenger

**Court:** Civil Part
**Venue:** Essex
**Case Initiation Date:** 08/06/2025
**Case Type:** Whistleblower / Conscientious Employee Protection Act (Cepa)
**Case Status:** Active
**Jury Demand:** 6 Jurors
**Case Track:** 3
**Judge:** Keith E Lynott
**Team:** 4
**Original DED:**
**Current DED:**
**# of DED Extensions:** 0
**Original Arb Date:**
**Current Arb Date:**
**# of Arb Adjournments:** 0
**Original Trial Date:**
**Current Trial Date:**
**# of Trial Adjournments:** 0
**Disposition Date:**
**Case Disposition:** Open
**Statewide Lien:**

## Plaintiffs

### Belton C Haig Sr

**Party Description:** Individual
**Phone:** (862) 324-5838
**Address Line 1:** 67 Salmon Road
**Address Line 2:**
**City:** Landing
**State:** NJ
**Zip:** 07850
**Attorney Name:**
**Attorney Bar ID:**
**Attorney Email:**

## Defendants

### National Railroad Passenger AKA National Railroad Passenger Corp (Amtrak)

**Party Description:** Business
**Phone:**
**Address Line 1:**
**Address Line 2:**
**City:**
**State:** NJ
**Zip:** 00000
**Attorney Name:**
**Attorney Bar ID:**
**Attorney Email:**

### Vrc Investigations AKA Prime Source Investigations

**Party Description:** Business
**Phone:**
**Address Line 1:**
**Address Line 2:**
**City:**
**State:** NJ
**Zip:** 00000
**Attorney Name:**
**Attorney Bar ID:**
**Attorney Email:**

### Edward Belenger

**Party Description:** Individual
**Phone:**
**Address Line 1:**
**Address Line 2:**
**City:**
**State:** NJ
**Zip:** 00000
**Attorney Name:**
**Attorney Bar ID:**
**Attorney Email:**

### Leroy Kelly Ii

**Party Description:** Individual
**Phone:**
**Address Line 1:**
**Address Line 2:**
**City:**
**State:** NJ
**Zip:** 00000

**Attorney Name:** **Attorney Bar ID:**

**Attorney Email:**

**John Bonventre**

**Party Description:** Individual **Phone:**

**Address Line 1:**

**Address Line 2:**

**City:** **State:** NJ **Zip:** 00000

**Attorney Name:** **Attorney Bar ID:**

**Attorney Email:**

## Case Proceeding

| Proceeding Date | Actual Time | Court Room | Judge Name | Proceeding Description | Motion Type | Proceeding Status | Motion Status |
|---|---|---|---|---|---|---|---|
| 09/12/2025 | 09:00 | REMOT | KEITH E LYNOTT | MOTION HEARING | MOTION FOR DISCOVERY | PENDING | PG |

## ACMS Documents

| Filed Date | Doc Number | Document Type | Filing Party | Doc Status | CO ID | Type | Date Served | Service Status | Party Served |
|---|---|---|---|---|---|---|---|---|---|
| 08/06/2025 | 001 | COMP JRY DEMAND | HAIG SR | | | | | | |
| 08/22/2025 | 002 | MOTN DISCOVERY | HAIG SR | PH | | | | | |

## Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 08/06/2025 | Complaint with Jury Demand for ESX-L-005997-25 submitted by BELTON C HAIG SR, on behalf of BELTON C HAIG SR against NATIONAL RAILROAD PASSENGER, VRC INVESTIGATIONS, EDWARD BELENGER, LEROY KELLY II, JOHN BONVENTRE | LCV20252208625 | 08/08/2025 |
| 08/09/2025 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20252215936 | 08/09/2025 |
| 08/25/2025 | Proof of Service submitted by Belton Haig Sr.. JEDS EF-3585062 | LCV20252327092 | 08/25/2025 |
| 08/22/2025 | Motion For Discovery uploaded by Case Management Staff submitted by BELTON C HAIG SR | LCV20252336650 | 08/26/2025 |
| 08/26/2025 | The motion filed on 08/22/2025 will be decided on 09/12/2025. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR DISCOVERY [LCV20252336650] | LCV20252336754 | 08/26/2025 |
| 09/03/2025 | Proof of Service submitted by Belton Haig Sr.. JEDS EF-3603326 | LCV20252392863 | 09/03/2025 |
| 09/09/2025 | Proof of Service submitted by Belton Haig Sr.. JEDS EF-3616500 | LCV20252501050 | 09/09/2025 |

# EXHIBIT C

**From:** Derrick Grant <dgrant@mcgivneyandkluger.com>
**Sent:** Wednesday, September 10, 2025 1:30 PM
**To:** Macaluso, Carla D. (Berkeley Heights)
**Cc:** Noyan, Kea S. (Berkeley Heights); Anthony L. Bush
**Subject:** Belton again v. Amtrak, et al.; Removal

Good afternoon,

My office represents defendants VRC, Leroy Kelly and Ed Belenger, with respect to the above-referenced matter. As discussed, you have our consent to remove this action to federal court.

Best,

Derrick Grant

McGivney Kluger Clark & Intoccia, P.C.
A COMMITMENT TO EXCELLENCE

**Derrick Grant**
*Partner*
290 W. Mt. Pleasant Ave, Suite 4200
Livingston, New Jersey 07039

33 Whitehall Street, Floor 16
New York, New York 10004
www.mkcilaw.us.com

Cell Phone 973-805-6677
Reception 973-822-1110
Direct 973-805-6677
Fax 973-822-1116

Livingston, NJ | Miami | New York | Philadelphia | Syracuse | Buffalo | Hartford | Frisco, TX| Brooklyn | Boston

Mansfield Rule
Certified 2023–2024 Powered by DIVERSITYLAB

The information contained in this email message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by Email, and delete the original message.