Carla D. Macaluso, Esq. (Bar I.D. #018141996)
Kea S. Noyan Esq. (Bar I.D. #322602021)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
Attorneys for Defendants National Railroad Passenger Corporation a/k/a Amtrak and John Bonventre

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| BELTON C. HAIG SR.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); VRC INVESTIGATIONS (formerly PRIME SOURCE INVESTIGATIONS); EDWARD BELENGER, individually and as employee of VRC INVESTIGATIONS; LEROY KELLY II, individually and as employee of VRC INVESTIGATIONS; JOHN BONVENTRE, individually and as attorney for LANDMAN CORSI BALLAINE & FORD P.C.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.: 2:25-cv-15438-CCC-AME<br><br>Civil Action<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT ON BEHALF OF DEFENDANTS** |

**TO:** Melissa E. Rhoads, Clerk of Court
United States District Court of NJ
Martin Luther King Jr. Building
50 Walnut Street
Newark, NJ 07102

Belton C. Haig Sr.
Pro Se
67 Salmon Road
Landing, NJ 07850

**PLEASE TAKE NOTICE** that on November 3, 2025, at 9:00 AM, or as soon thereafter as counsel may be heard, Defendants National Railroad Passenger Corporation a/k/a Amtrak and John Bonventre (collectively, "Defendants") shall move before the Honorable Claire

C. Cecchi, U.S.D.J., at the Martin Luther King Jr., Federal Building and U.S. Courthouse, Newark, New Jersey, for an Order dismissing Plaintiff's Complaint in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6);

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall rely upon the accompanying Notice of Motion, Defendants' Memorandum of Law in Support of Motion to Dismiss, and Certification of Carla D. Macaluso, Esq., with supporting exhibits;

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument on this motion pursuant to Local Civil Rule 78.1(b); and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed.

Respectfully submitted,

JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200

By: *s/ Carla D. Macaluso*
Carla D. Macaluso
Kea S. Noyan

Attorneys for Defendants National Railroad
Passenger Corporation a/k/a Amtrak
and John Bonventre

Date: October 1, 2025

4939-1842-5454, v. 1