Carla D. Macaluso, Esq. (Bar I.D. #018141996)
Kea S. Noyan Esq. (Bar I.D. #322602021)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
Attorneys for Defendants National Railroad Passenger Corporation a/k/a Amtrak and John Bonventre

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| BELTON C. HAIG SR.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); VRC INVESTIGATIONS (formerly PRIME SOURCE INVESTIGATIONS); EDWARD BELENGER, individually and as employee of VRC INVESTIGATIONS; LEROY KELLY II, individually and as employee of VRC INVESTIGATIONS; JOHN BONVENTRE, individually and as attorney for LANDMAN CORSI BALLAINE & FORD P.C.<br><br>Defendants. | : | Civil Action No.: 2:25-cv-15438 – CCC-AME<br><br>Civil Action<br><br>**PROPOSED ORDER** |

**THIS MATTER**, having been opened to the Court by Jackson Lewis P.C., counsel for Defendants National Railroad Passenger Corporation a/k/a Amtrak and John Bonventre (collectively, "Defendants"), through their undersigned counsel, Jackson Lewis P.C., for an Order granting Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim pursuant to Fed. R. Civ. P. 12(b)(6); and the Court having considered the papers submitted in support of the within motion, and any opposition thereto; and for good cause shown;

**IT IS** on this _____ day of ___________, 2025,

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is hereby dismissed in its entirety, with prejudice, as to Defendants, and it is further

**ORDERED** that a copy of this Order shall be served on all parties within seven (7) days of its entry.

___________________________________
Honorable Claire C. Cecchi, U.S.D.J.

4920-3931-1726, v. 1