# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**BELTON C. HAIG SR.**,
Plaintiff,

v.

**NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); VRC INVESTIGATIONS (formerly PRIME SOURCE INVESTIGATIONS); EDWARD BELENGER; LEROY KELLY II; and JOHN BONVENTRE,**
Defendants.

RECEIVED
OCT 23 2025
AT 8:30________M
CLERK, U.S. DISTRICT COURT - DNJ

***Civil Action No. 2:25-cv-15438-CCC-AME***

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Respectfully submitted,
Belton C. Haig Sr.

**Belton C. Haig Sr.**
Pro Se Litigant
67 Salmon Road
Landing, New Jersey 07850
Email: beltonhaig1@gmail.com
Phone: (862) 324-5838
Dated: October 21, 2025