<u>Hon. André M. Espinosa, U.S.M.J.</u>

United States District Court, District of New Jersey

Martin Luther King Jr. Federal Building & U.S. Courthouse

50 Walnut Street

Newark, NJ 07102

<u>Re:</u> <u>Request for Judicial Signature</u> – Subpoena to NJ State Police (Investigation Report H530-2025-00029)

**Case:** *Haig v. National Railroad Passenger Corporation (Amtrak) et al.*

**Civil Action No.:** 2:25-cv-15438-CCC-AME

Dear Judge Espinosa:

Plaintiff, **Belton C. Haig Sr.**, respectfully requests the Court's authorization and judicial signature on the attached **Subpoena Duces Tecum (AO 88B)** directed to the **New Jersey State Police Criminal Justice Records Bureau (CJRB)**.

The subpoena seeks the production of **Investigation Report H530-2025-00029**, which was completed by the NJSP Private Detective Unit and concerns matters directly relevant to the claims and parties in this civil action.

I contacted the NJSP Records Bureau at (609) 882-2000, extension 2319, and was informed that they will **accept service by email (NJSPRecords@NJSP.gov)**; however, they require that any subpoena for investigative materials be **signed by a judge** and indicate that it pertains to an **upcoming civil case**.

Accordingly, I respectfully request that the Court review and sign the attached subpoena for issuance.

Attached for the Court's reference is a copy of the Rule 45(a)(4) notice email sent to all defense counsel on October 25, 2025.

Respectfully submitted,

*[signature: Belton C. Haig Sr.]*

/s/ **Belton C. Haig Sr.**

Belton C. Haig Sr., Plaintiff, Pro Se

67 Salmon Road

Landing, NJ 07850

(862) 324-5838

beltonhaig1@gmail.com

**Date:** October 25, 2025

## SCHEDULE A – DOCUMENTS TO BE PRODUCED

### DEFINITIONS

1. "Report H530-2025-00029" means the investigation file identified by the New Jersey State Police (NJSP) Private Detective Unit (PDU) as H530-2025-00029.

2. "Documents" includes all writings, forms, emails, letters, notes, photographs, audio/video files, digital records, electronically stored information (ESI), exhibits, logs, and attachments, in any format.

### REQUESTS

1. The complete NJSP PDU investigation report H530-2025-00029, including all pages of the report, summaries, closing sheets, approval/sign-off pages, and any referenced attachments/exhibits.

2. All photographs, audio, video, and digital media collected or generated in connection with H530-2025-00029.

3. All correspondence (letters, emails, memoranda) between NJSP PDU and any third party concerning H530-2025-00029, including referrals, approvals, and transmittal letters.

4. Any internal notes, logs, or supplemental sheets maintained by the assigned investigator(s) and/or supervisors regarding H530-2025-00029.

5. Any index of redactions or privilege log identifying materials withheld, including the legal basis for withholding.

6. If any portion is deemed non-disclosable, produce all reasonably segregable non-exempt portions and provide a privilege/redaction log compliant with Fed. R. Civ. P. 45(e)(2)(A).

## FORMAT

Produce documents in PDF (text-searchable where possible). Produce media in native or commonly viewable formats (e.g., MP4, JPG). Email delivery is acceptable.

## CONTACT

Questions regarding scope or format: Belton C. Haig Sr., beltonhaig1@gmail.com, (862) 324-5838.

**To:** <u>Counsel for Defendants</u>

**From:** Belton C. Haig Sr., Plaintiff (Pro Se)

**Date:** October 25, 2025

**Re:** Notice of Subpoena to Produce Documents Directed to New Jersey State Police – Criminal Justice Records Bureau

**Case:** *Haig v. National Railroad Passenger Corp. (Amtrak) et al.*, Civil Action No. 2:25-cv-15438-CCC-AME

Pursuant to Fed. R. Civ. P. 45(a)(4), please take notice that Plaintiff intends to serve a subpoena duces tecum on the **New Jersey State Police Criminal Justice Records Bureau** seeking the production of **Investigation Report H530-2025-00029**.

The subpoena requests the documents described in the attached *Schedule A* and will be served by email to **NJSPRecords@NJSP.gov** following judicial authorization.

Respectfully,

*Belton C. Haig Sr.*
/s/ Belton C. Haig Sr.

67 Salmon Road Landing, NJ 07850

beltonhaig1@gmail.com (862) 324-5838

## CERTIFICATE OF PRIOR NOTICE (Rule 45(a)(4))

I, Belton C. Haig Sr., certify that on October 25, 2025, I served prior notice of the attached Subpoena Duces Tecum (AO 88B) and Schedule A upon all counsel of record by email to:

- Carla.Macaluso@jacksonlewis.com
- Kea.Noyan@jacksonlewis.com
- Karen.Feridun@jacksonlewis.com
- Jacqueline.Bennett@jacksonlewis.com
- newark@jacksonlewis.com (firm inbox)
- dgrant@mkcilaw.us.com
- abush@mkcilaw.us.com
- info@mkcilaw.us

and by first-class mail to their mailing addresses as listed on their most recent filings in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2025          /s/ Belton C. Haig Sr.

Case 2:25-cv-15438-CCC-AME   Document 19   Filed 10/25/25   Page 7 of 11 PageID: 924

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey ▼

| | |
|---|---|
| Belton C. Haig Sr. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:25-cv-15438-CCC-AME |
| National passenger Corporation(Amtrak); VRC Investigations; Edward Belenger; Leroy Kelly II; John Bonventre ) | |
| *Defendant* ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Custodian of Records
New Jersey State Police - Criminal Justice Records Bureau
P.O. Box 7068

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

YOU ARE COMMANDED to produce the documents and materials described in the attached Schedule A.

| Place: To beltonhaig1@gmail.com or by mail to Belton C. Haig Sr., 67 Salmon Road, Landing, NJ 07850 | Date and Time: NOVEMBER 18, 2025 AT 12:00 PM |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____   _____
*Signature of Clerk or Deputy Clerk*       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff:
Belton C. Haig Sr.(Pro Se.)
_____, who issues or requests this subpoena, are:
Belton C. Haig Sr. 67 Salmon Road Landing, NJ 07850  beltonhaig1@gmail.com  (862)324-5838

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:25-cv-15438-CCC-AME

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

Case 2:25-cv-15438-CCC-AME   Document 19   Filed 10/25/25   Page 9 of 11 PageID: 926







Belton Haig <beltonhaig1@gmail.com>

## Rule 45(a)(4) Notice – Subpoena to NJ State Police to Produce Documents (Haig v. Amtrak et al., 2:25-cv-15438-CCC-AME)
1 message

**Belton Haig** <beltonhaig1@gmail.com>     Sat, Oct 25, 2025 at 11:03 AM
To: Carla.Macaluso@jacksonlewis.com, Kea.Noyan@jacksonlewis.com, "Anthony L. Bush" <abush@mcgivneyandkluger.com>, dgrant@mcgivneyandkluger.com, newark@jacksonlewis.com, info@mkcilaw.us, Karen.Feridun@jacksonlewis.com, Jacqueline.Bennett@jacksonlewis.com

**Subject:** Rule 45(a)(4) Notice – Subpoena to NJ State Police (Haig v. Amtrak et al., 2:25-cv-15438-CCC-AME)

Counsel:

Pursuant to **Fed. R. Civ. P. 45(a)(4)**, please take notice that Plaintiff intends to serve the attached **Subpoena Duces Tecum (AO 88B)**, with **Schedule A**, on the **New Jersey State Police – Criminal Justice Records Bureau** seeking **Investigation Report H530-2025-00029**. Service will be effected by **email** to NJSPRecords@NJSP.gov following judicial authorization and signature.

**Anticipated service date: November 3, 2025**
**Place of compliance:** Production by email to **beltonhaig1@gmail.com** or by mail to **67 Salmon Road, Landing, NJ 07850**.

Please confirm receipt for Rule 45(a)(4) purposes. A hard copy of this notice and attachments is also being sent by certified mail to the postal addresses on your most recent filings.

Respectfully,
Belton C. Haig Sr.
67 Salmon Road, Landing, NJ 07850
(862) 324-5838 | beltonhaig1@gmail.com

**Attachments:** (1) Subpoena (AO 88B) [unsigned/signed as applicable]; (2) Schedule A

📄 Rule 45a-4 Notice _ Subpoena to NJ State Police to Produce Documents Haig v_ Amtrak et al__ 225-cv-15438-CCC-AME.pdf
7240K