**McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.**
**Derrick A. Grant, Esq. (ID#165052015)**
**Anthony L. Bush, Esq. (ID #314272021)**
290 W. Mount Pleasant Avenue, Suite 4200
Livingston, New Jersey 07039
(973) 822-1110
Attorneys for Defendants VRC Investigations, Edward Belenguer, and Leroy Kelly II.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BELTON C. HAIG SR.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); VRC INVESTIGATIONS (formerly PRIME SOURCE INVESTIGATIONS)' EDWARD BELENGUER, individually and as employee of VRC Investigations; LEROY KELLY II, individually and as employee of VRC Investigations; JOHN BONVENTRE, individually and as attorney for Landman Corsi Ballaine & Ford P.C.<br><br>　　　　　　　Defendants. | Civil Action No. 2:25-cv-15438 – CCC – AME<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT ON BEHALF OF VRC DEFENDANTS** |

**TO:**　Melissa E. Rhoades, Clerk of Court
　　　United States District Court of New Jersey
　　　Martin Luther King Jr. Building
　　　54 Walnut Street
　　　Newark, NJ 07102

　　　Belton C. Haig Sr.
　　　Pro Se Plaintiff
　　　67 Salmon Road
　　　Landing, NJ 07850

**PLEASE TAKE NOTICE** that on January 20, 2026, at 9:00 AM, or as soon thereafter as counsel may be heard, Defendants VRC Investigations, Edward Belenguer, and Leroy Kelly II (collectively "VRC Defendants") shall move before the Honorable Claire C. Cecchi, U.S.D.J., at the Martin Luther King Jr., Federal Building and U.S. Courthouse, Newark, New Jersey, for an Order dismissing Plaintiff's Complaint in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 12(c).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall rely upon the accompanying Notice of Motion, VRC Defendants' Memorandum of Law in Support of Motion to Dismiss, as well as the Memorandum of Law previously filed by co-defendants National Railroad Passenger Corporation (Amtrak) and John Bonventre, which arguments the VRC Defendants hereby join and incorporate by reference to the extent applicable, and the accompanying Certification of Derrick A. Grant, Esq., with supporting exhibits;

**PLEASE TAKE FURTHER NOTICE** that VRC Defendants request oral argument on this motion pursuant to Local Civil Rule 78.1(b); and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed.

    Respectfully Submitted,

    **McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.**
    *Attorneys for Defendants*
    *VRC Investigations; Edward Belenguer;*
    *and Leroy Kelly, II*

    /s/ Derrick A. Grant
    **DERRICK A. GRANT, ESQ.**

Dated: December 23, 2025