**McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.**
**Derrick A. Grant, Esq. (ID#165052015)**
**Anthony L. Bush, Esq. (ID #314272021)**
290 W. Mount Pleasant Avenue, Suite 4200
Livingston, New Jersey 07039
(973) 822-1110
Attorneys for Defendants VRC Investigations, Edward Belenguer, and Leroy Kelly II.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BELTON C. HAIG SR., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); VRC INVESTIGATIONS (formerly PRIME SOURCE INVESTIGATIONS)' EDWARD BELENGUER, individually and as employee of VRC Investigations; LEROY KELLY II, individually and as employee of VRC Investigations; JOHN BONVENTRE, individually and as attorney for Landman Corsi Ballaine & Ford P.C. <br><br> Defendants. | Civil Action No. 2:25-cv-15438 – CCC – AME <br><br> Civil Action <br><br> **PROPOSED ORDER** |

**THIS MATTER,** having been opened to the Court by McGivney, Kluger, Clark & Intoccia, P.C., counsel for Defendants VRC Investigations, Edward Belenguer, and Leroy Kelly, II, (collectively "VRC Defendants"), through their undersigned counsel, Derrick A. Grant, Esq., for an Order granting VRC Defendants' Motion to Dismiss Plaintiff's Complaint for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c); and the Court having considered the papers submitted in support of the within motion, and any opposition thereto; and for good cause shown;

**IT IS** on this _____ day of _____, 2026,

**ORDERED** that VRC Defendants' Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is hereby dismissed in its entirety, with prejudice, as to VRC Defendants, and it is further

**ORDERED** that a copy of this Order shall be served on all parties within seven (7) days of its entry.

_____
HON. CLAIRE C. CECCHI, U.S.D.J.