**McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.**
**Derrick A. Grant, Esq. (ID#165052015)**
**Anthony L. Bush, Esq. (ID #314272021)**
290 W. Mount Pleasant Avenue, Suite 4200
Livingston, New Jersey 07039
(973) 822-1110
Attorneys for Defendants VRC Investigations, Edward Belenguer, and Leroy Kelly II.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BELTON C. HAIG SR.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); VRC INVESTIGATIONS (formerly PRIME SOURCE INVESTIGATIONS)' EDWARD BELENGUER, individually and as employee of VRC Investigations; LEROY KELLY II, individually and as employee of VRC Investigations; JOHN BONVENTRE, individually and as attorney for Landman Corsi Ballaine & Ford P.C.<br><br>Defendants. | Civil Action No. 2:25-cv-15438 – CCC – AME<br><br>Civil Action<br><br>**CERTIFICATION OF COUNSEL** |

I, Derrick A. Grant, Esq., of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and a partner with the law firm of McGivney, Kluger, Clark & Intoccia, P.C., attorneys for the Defendants VRC Investigations, Edward Belenguer, and Leroy Kelly II (collectively "VRC Defendants"), with regard to the above-referenced matter. I am responsible for the handling of this matter, and am fully familiar with the facts and circumstances set forth herein.

2. I make this Certification in support of VRC Defendants' Motion to Dismiss Plaintiff's Complaint in its entirety pursuant to Fed. R. Civ. P. 12(c).

3. A true and correct copy of the unpublished decision in in Smith v. Conseco Life Ins. Co., 2014 WL 3345592, (D.N.J. July 8, 2014) is attached hereto as Exhibit 1.

4. A true and correct copy of the unpublished decision in in Japhet v. Francis E. Parker Mem'l Home, Inc., 2014 WL 3809173, (D.N.J. July 31, 2014) is attached hereto as Exhibit 2.

I hereby certify that the foregoing statements made by me are true, I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Derrick A. Grant
**DERRICK A. GRANT, ESQ.**

Dated: December 23, 2025