**McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.**
**Derrick A. Grant, Esq. (ID#165052015)**
**Anthony L. Bush, Esq. (ID #314272021)**
290 W. Mount Pleasant Avenue, Suite 4200
Livingston, New Jersey 07039
(973) 822-1110
Attorneys for Defendants VRC Investigations, Edward Belenguer, and Leroy Kelly II.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BELTON C. HAIG SR.,<br><br>                    Plaintiff,<br><br>          v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); VRC INVESTIGATIONS (formerly PRIME SOURCE INVESTIGATIONS)' EDWARD BELENGUER, individually and as employee of VRC Investigations; LEROY KELLY II, individually and as employee of VRC Investigations; JOHN BONVENTRE, individually and as attorney for Landman Corsi Ballaine & Ford P.C.<br><br>                    Defendants. | Civil Action No. 2:25-cv-15438 – CCC – AME<br><br>Civil Action<br><br>**CERTIFICATE OF SERVICE** |

       I hereby certify that, on this 22nd day of December, 2025, true and correct copies of Defendants VRC Investigations, Edward Belenguer, and Leroy Kelly II's (collectively "VRC Defendants"), Notice of Motion, Memorandum of Law in Support of VRC Defendants' Motion to Dismiss, Certification of Derrick A. Grant, Esq., with supporting exhibits, proposed form of Order, and this Certificate of Service, were served via CM/ECF system on all counsel of record and upon Plaintiff pro se, Belton C. Haig Sr., via email beltonhaig1@gmail.com, and via regular and certified mail at 67 Salmon Road, Landing, NJ 07850.

          **McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.**
*Attorneys for Defendants*
*VRC Investigations; Edward Belenguer;*
*and Leroy Kelly, II*

/s/Derrick A. Grant
**DERRICK A. GRANT, ESQ.**

Dated: December 23, 2025